IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| ACHIQUE COYASO, | ) | CIVIL NO. 11-00267 JMS/RLP |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| BRADLEY PACIFIC AVIATION, INC., | ) | |
| Defendants. | ) | |

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on June 06, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendations To Grant In Part And Deny In Part Defendant Bradley Pacific Aviation Inc.'s Application For Taxation Of Costs" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, June 26, 2012.



/s/ J. Michael Seabright
_____
J. Michael Seabright
United States District Judge